UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

United States,

    -against-

Joshua Payne,

        Defendant.

-------------------------------------------------------x

ORDER

Docket No. 12 CR 00696 (KMK)

KARAS, U.S. DISTRICT JUDGE:

    Joseph A. Vita, Esq., is to assume representation of the defendant in the above captioned matter as of August 13, 2021. Mr. Vita is appointed pursuant to the Criminal Justice Act. His address is 52 Irenhyl Avenue, Port Chester, NY 10573, phone number (914) 939-5401; Email: joev63542@aol.com

SO ORDERED

_____
KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE

Dated: White Plains, New York
       August 14, 2021